PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ERIK NICHOLSON, ) | |
| ) | CASE NO. 4:11-cv-01457 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CHI FAI CHENG, *etc.*, ) | |
| ) | **MEMORANDUM OPINION** |
| Defendants. ) | **ORDER** |

Upon consideration of Defendant's Motion to Dismiss, Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the entire record herein, it is this 7TH day of May, 2011, hereby

ORDERED, that Defendant's Motion to Dismiss be, and the same hereby is, GRANTED; and it is further

ORDERED, that Plaintiff's Complaint is hereby dismissed with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.[1]

IT IS SO ORDERED.

 May 8, 2012             */s/ Benita Y. Pearson*
Date                    Benita Y. Pearson
                        United States District Judge

---

[1] 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."